# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

United States of America
v.
Brandon Antoine Martin

Case No: 3:21-cr-167-KDB-DCK-2

USM No: 53578-509

Date of Original Judgment: 07/12/2022
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **48 months on Count 1, 84 months on Count 2 to run consecutive** months **is reduced to** **39 months on Count 1, 84 months on Count 2 to run consecutive**.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 07/12/2022 shall remain in effect.
**IT IS SO ORDERED**.

Signed: May 12, 2024

Kenneth D. Bell
United States District Judge

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Kenneth D. Bell
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Brandon Antoine Martin
CASE NUMBER: 3:21-cr-167-KDB-DCK-2
DISTRICT: Western District of North Carolina

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 17 | Amended Total Offense Level: 17 | |
| Criminal History Category: V | Criminal History Category: IV | |
| Previous Guideline Range: 46 to 57 months | Amended Guideline Range: 37 to 46 months | |

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Defendant had "status points" under U.S.S.G. §4A1.1 in Amendment 821. Defendant had 8 criminal history points before the addition of 2 status points. (Doc. No. 44, ¶¶ 45-46). With the removal of 1 status point (because he had 7 criminal history points or more), criminal history points of 9 equals a criminal history category of IV. With an Offense Level of 17 and a criminal history category IV, the amended guideline range would be 37 to 46 months.